UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL COONEY,<br><br>    Plaintiff,<br><br>v.<br><br>BUCK MOTORSPORTS PARK, LLC, BUCK MOTORSPORTS, INC., CH&N CONSTRUCTION, INC., CH&N SITE CONSTRUCTION, INC., and CH&N SUPPLY CO.,<br><br>    Defendants | CASE NO. |

**MOTION TO COMPEL AND FOR CONTEMPT
PURSUANT TO FED.R.CIV.P. 37 and 45**

NOW COME Defendants CH&N Site Construction, Inc., CH&N Supply Co., and CH&N Construction, Inc., (collectively "CH&N"), by and through counsel, Norman, Hanson & DeTroy, LLC, and moves to compel the attendance of witness Randy Oakley at a deposition and for contempt, pursuant to Fed.R.Civ.P. 37 and 45. The grounds for this motion are set forth in the incorporated memorandum of law, below.

**MEMORANDUM OF LAW**

*Background*:

This litigation was originally filed in the United States District Court for the Eastern District of Pennsylvania and is captioned <u>Michael Cooney v. Buck Motorsports Park, LLC, Buck Motorsports, Inc., CH&N Construction, Inc., CH&N Site Construction, Inc., and CH&N Supply Co.</u>, Case No.: 5:23-CV-02346-JLS (the "underlying litigation"). The Complaint alleges that on April 23, 2023, Plaintiff was observing a mega truck race event at Defendant Buck Motorsports' Motor Park. It is alleged that the CH&N Defendants constructed improvements to the Motor

1

Park. Plaintiff alleges that he was working for one of the companies that owned a mega truck participating in the race event, Bad Frog Enterprise, LLC. Plaintiff alleges that he was standing behind a set of Jersey barriers that contained a gap. Plaintiff alleges that the mega truck lost control, went through the gap, and struck him causing injury. Plaintiff alleges, among other items, negligent design, construction, and operation of the racetrack.

Counsel for CH&N in the underlying litigation issued a Subpoena in compliance with Fed.R.Civ.P. 45, along with a Notice of Deposition that was served on Randy Oakley, a resident of Maine, on May 2, 2024, commanding him to appear for deposition on May 16, 2024, at 10 AM at Gaige & Felicitti, LLC, 75 York Street, Portland, ME 04101. A true and accurate copy of the Subpoena with Proof of Service and Notice of Deposition are attached hereto as <u>Exhibit A</u>. Randy Oakley was served at 270 Carl Broggi Highway, Lebanon, Maine, and his residence is 584 Beech Ridge Road, North Berwick, Maine 03906 – both of which are less than fifty (50) miles from the scheduled deposition location. Randy Oakley appeared for the deposition but voiced that he wished to consult with counsel before being deposed and his deposition was therefore adjourned to provide him with such opportunity. See Transcript of Randy Oakley Statement on the Record, attach hereto as <u>Exhibit B</u>. Randy Oakley further advised he would contact counsel for the parties as to a date to complete his deposition.

Following the adjourned deposition, Randy Oakley failed to contact counsel, so his deposition was subpoenaed for September 17, 2024, and counsel for CH&N in the underlying litigation requested the Court in the United States District Court for the Eastern District of Pennsylvania issue an order requiring Randy Oakley to appear for a deposition on September 17, 2024. The Court issued an Order dated July 30, 2024, which ordered Randy Oakley to appear

for deposition on September 17, 2024.  See correspondence to Randy Oakley, Subpoena, and Court Order, attached hereto as Exhibit C.

On September 17, 2024, Randy Oakley appeared for his deposition. Upon questioning, Randy Oakley stated he would invoke his 5th Amendment rights in response to all questions as he felt his family had been disrespected by the man who served the new deposition subpoena. When asked if the only reason he was refusing to testify was due to this perceived disrespect, as opposed to a fear of criminal prosecution, Randy Oakley agreed it was due to the 'disrespect', stating 'you get back what you give in life[1]'. Randy Oakley further acknowledged receipt of the Order which had compelled his deposition. This motion seeks the Court's intervention to address the non-compliance of the witness, Randy Oakley, which noncompliance has impeded the discovery process and prejudiced CH&N's ability to prepare for trial in the underlying litigation. Despite proper service and notice, Randy Oakley has failed to submit to questioning for deposition on the scheduled dates, without providing any prior notice or legal justification for his refusal.  Counsel for CH&N in the underlying litigation made multiple attempts to contact Randy Oakly to initially schedule his deposition, permitted an adjournment for Randy Oakley to obtain counsel, and thereafter, rescheduled the deposition, but those efforts were unsuccessful.

*Legal Standard:*

Fed.R.Civ.P. 45(g) provides,

> **(g) Contempt.**  The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

[1] The transcript of this proceeding is not yet available, but Moving Defendants intend to attach as a supplement.

Under Rule 37(a)(2) of the Federal Rules of Civil Procedure, "[a] motion for an order to a nonparty must be made in the court where the discovery is or will be taken." Fed.R.Civ.P. 37 also permits a Court to impose sanctions, including holding the non-compliant party in contempt and awarding the moving party reasonable expenses incurred in making the motion, including attorneys' fees. *See* Fed.R.Civ.P. 37(a)(5)(A) and (b)(1).

*Argument*:

Due to the multiple attempts to obtain the deposition of Randy Oakley and his repeated pattern of disregard for the authority of the United States District Courts – including the authority espoused by subpoena and a Court Order – it is requested that this Court command Randy Oakley's presence at a deposition by whatever means necessary and permitted under the authority of this Court. The Federal Rules of Civil Procedure permit this Court, as the Court in the district where compliance is required, to take such action to ensure the participation of Randy Oakley in a deposition. This Court also has the power to hold Randy Oakley in contempt for his continued violation of Federal Law and to award the moving party reasonable costs for seeking Court intervention. Randy Oakley has violated a Court Order issued by a United States District Court and has failed to comply with a validly issued Subpoena under Fed.R.Civ.P. 45.

WHEREFORE, CH&N Site Construction, Inc., CH&N Supply Co., and CH&N Construction, Inc., respectfully requests that this Court:

1. Schedule a hearing on the Motion for Contempt and order that a Contempt Subpoena be served on Randy Oakley;

2. Find Randy Oakley in Contempt of Court and enter an order Compelling him to attend a rescheduled deposition at a time and place to be set at the Contempt Hearing;

3. In the event Randy Oakley fails to appear for a contempt hearing, CH&N further requests that he be arrested pursuant to a bench warrant and brought to the Court for such a hearing; and

4. CH&N also seeks imposition of a compensatory fine of seven hundred and fifty dollars ($750.00) to satisfy the costs and disbursements, including its reasonable attorney fees, in serving the deposition subpoena, appearing for the deposition, filing the Motion in the underlying litigation ordering Randy Oakley to appear for deposition on September 17, 2024, filing this Motion, and attending any contempt hearing or subsequent hearings.  *See* Fed.R.Civ.P. 37(a)(5)(A).

DATED at Portland, Maine, this 24th day of September 2024.

/s/ Matthew T. Mehalic
Matthew T. Mehalic, Esquire – Bar No. 4162
Attorney for Defendants CH&N Site Construction, Inc., CH&N Supply Co., and CH&N Construction, Inc.

Norman Hanson & DeTroy, LLC
P.O. Box 4600
Portland, ME   04112-4600
207.774.7000
mmehalic@nhdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2024, I caused the foregoing Motion to Compel and for Contempt to be to be served via electronic mail to all counsel of record.

    Aidan B. Carickhoff, Esquire - acarickhoff@smbb.com
    Counsel for Plaintiff


    Andrew Rossi, Esquire - Andrew.Rossi@wilsonelser.com
    Counsel for the 'Buck Motorsports Defendants'

And by US Mail to the persons below:

    Randy Oakley
    584 Beech Ridge Road
    North Berwick ME 03906

    /s/ Matthew T. Mehalic
    Matthew T. Mehalic, Esquire – Bar No. 4162
    Attorney for Defendant CH&N Site Construction, Inc., CH&N Supply Co., and CH&N Construction, Inc.

Norman Hanson & DeTroy, LLC
Two Canal Plaza
P.O. Box 4600
Portland, ME   04112-4600
207.774.7000
mmehalic@nhdlaw.com